RANDY S. GROSSMAN
Acting United States Attorney
BRETT NORRIS
Assistant United States Attorney
Deputy Chief, Civil Division
California Bar No. 224875
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-7620
brett.norris@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. HOMELAND SECURITY,<br><br>    Defendant. | Case No.: 21cv1542-GPC-AHG<br><br>**DECLARATION OF KEVIN SPENCER IN SUPPORT OF MOTION TO DISMISS COMPLAINT** |

I, Kevin Spencer, declare as follows:

1. I am a Staff Attorney with United States Customs and Border Protection ("CBP") in San Diego, California. I have first-hand knowledge of the statements contained in this Declaration.

2. On September 13, 2021, and again on October 27, 2021, I searched CBP's records and found no administrative tort claims submitted by Plaintiff, Carlos A. Martinez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California, on October 27, 2021.

KEVIN SPENCER
Staff Attorney
U.S. Customs & Border Protection

21cv1542